UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DAMON DAVENPORT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 24-201-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER MAY, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to

Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.    Davenport's complaint [Record No. 1] is **DISMISSED**, without prejudice.

2.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for

delay.

3.    This matter is **STRICKEN** from the docket.

Dated: December 9, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

-1-